Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

**FILED**
JUL 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

**RECEIVED**
JUL 20 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

DEUBAGO, TIRSO

CASTLE ROCK INSPECTION SERVICES INC.

Debtor(s)

Case No. 09-43243 LT

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $10.38. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. MAC S4101-08C, 100 W. Washington St., Phoenix, AZ 85003 | 556.00 | 10.38 |

Total Unclaimed Dividends $10.38

Dated: July 14, 2010

_____
Paul J Mansdorf, TRUSTEE